IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.97-CR-30010-WDS |
| | ) |
| DENISHA LIPSCOMB, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court for docket control. The defendant filed a pro se motion seeking to have this Judge withdraw from the case on the grounds that she did not receive her day in court; that she was a black female and was penalized for the actions of her co-defendants; that she was not found with any drugs; and that she was not a leader in the conspiracy. She casts a broad that claim that this Judge is somehow biased against females.

With respect to any assertions of bias or prejudice, they must be based on more than "the mere fact that a judge forms a negative opinion of a litigant during the course of a proceeding. . . ." *United States v. Diekemper*, 604 F.3d 345, 352 (7th Cir. 2010). Further, "Unless those opinions 'display a deep-seated favoritism or antagonism that would make fair judgment impossible,' a judge does not run afoul" of 28 U.S.C. §455(b).  604 F.3d at 352. This motion does not rise to that level. There is no basis asserted in this motion which would warrant the Court's recusal, and the motion is, accordingly, **DENIED** on all grounds raised.

**IT IS SO ORDERED.**

**DATE:     17 November, 2010**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**